UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHERYL O'TOOLE,** | ) |
| | ) |
|     **Plaintiff** | )   Case No.: 1:13-cv-10824-FDS |
| **v.** | ) |
| | ) |
| **EOS CCA,** | ) |
| | ) |
|     **Defendant** | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Andrew M. Schneiderman | /S/ Craig Thor Kimmel |
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID # 666252 | Attorney ID # 662924 |
| Hinshaw & Culbertson, LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24th Fl. | 30 E. Butler Pike |
| Boston, MA 02109 | Ambler, PA 19002 |
| Phone: (617) 213-7000 | Phone: (215) 540-8888 |
| Email: ascheiderman@hinshawlaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: February 25, 2014 | Date: February 25, 2014 |

    BY THE COURT:

_____

    J.